# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**This Document relates to**<br>*Campbell v. Tyco Fire Products LP et al.*,<br>**No. 2:19-cv-00422-RMG** |

## STIPULATION REGARDING TIMELINE FOR PROPOSED SETTLEMENT

**WHEREAS**, by order dated January 25, 2021 ("Preliminary Approval Order"), this Court granted preliminary approval of the proposed class action settlement between the Parties;

**WHEREAS**, the Court also adopted and approved the Parties' Proposed Timeline (Dkt. No. 1087-4);

**WHEREAS**, the Parties now enter this Stipulation Regarding Timeline for Proposed Settlement to include several specific dates, including the Class Notice Deadline and the Fairness Hearing, as follows[1]:

| Date/Deadline | Event |
|---|---|
| January 25, 2021 | Entry of Preliminary Approval Order. |
| February 8, 2021 | Deadline for Class Counsel to begin Class Notice. |
| February 23, 2021 | Deadline for Class Counsel to submit application for fees and expenses. |
| March 15, 2021 | Deadline for any Class Member to object to Settlement. |

---

[1] All capitalized terms below have the same meaning set forth in the Settlement Agreement that the Court has preliminarily approved.

| March 15, 2021 | Deadline for any Class Member to opt out from Settlement. |
|---|---|
| March 25, 2021 | Class Counsel notifies Defendants and Court of all opt-outs and provides copies of notices of opt-out ("Opt Out Notice Package"). |
| 7 days after Court ruling on individual Class Members' objections to the Settlement | Deadline for those Class Member(s) who filed the at-issue objection(s) to opt out from Settlement. |
| 14 days after Court ruling on any objections to the Settlement | Class Counsel notifies Defendants and Court with updated list of opt-outs and updated Opt Out Notice Package. |
| 15 business days after Defendants receipt of initial and/or updated Opt Out Notice Package | Deadline for Defendants to terminate Settlement based on Section 3.5 of Agreement (opt-out percentages).[2] |
| 21 days prior to Fairness Hearing | Deadline for Class Counsel to file motion for approval of fees and expenses. |
| 21 days prior to Fairness Hearing | Class Counsel files unopposed motion seeking Final Approval Order. |
| 7 days prior to Fairness Hearing | Deadline for any objections to Class Counsel motion for approval of fees and expenses. |
| April 30, 2021 | Fairness Hearing. |
| [TBD] | Final Approval Order entered.[3] |
| [TBD] | Effective Date under Agreement. |
| 10 days after deadline to appeal Final Approval Order (10 days after Effective Date) | Payment of fees and expenses awarded to Class Counsel, minus any common benefit holdback. |

Dated: January 28, 2021

/s/ Joseph G. Petrosinelli, Esq.
Joseph G. Petrosinelli, Esq.
Liam J. Montgomery, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC  20005
(202) 434-5000
jpetrosinelli@wc.com

/s/ Paul J. Napoli, Esq.
Paul J. Napoli, Esq.
Hunter Shkolnik, Esq.
Napoli Shkolnik PLLC
270 Munoz Rivera Ave, Ste 201
Hato Rey, PR 00918
(787) 493-5088
PNapoli@NSPRLaw.com

---

[2] Defendants may also terminate the Settlement within fifteen (15) business days of a Defendant's receipt of written notice of objection or required material modification from any federal or state authority.

[3] If any appeal of the Final Approval Order is filed, all deadlines triggered after the date of the Final Approval Order shall resume fourteen (14) days after such appeal is decided.

lmontgomery@wc.com

*Counsel for Defendants Tyco Fire Products L.P. and Chemguard, Inc.*

J. Hayes Ryan, Esq.
Jonathan B. Blakley, Esq.
Gordon Rees Scully Mansukhani, LLP
1 N. Franklin Street, Ste. 800
Chicago, IL 60606
(312) 619-4915
jblakley@grsm.com

*Counsel for Defendant ChemDesign Products, Inc.*

Hunter@NSPRlaw.com

Robert A. Bilott, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
(513) 381-2838
bilott@taftlaw.com

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: January 28, 2021

                                                _____/s/ Patrick J. Lanciotti_____